Exhibit A

Robert Sarhan, MD
22795 SW 212 Ave
Miami, Florida 33170
Tel.NO.305-338-6160
drrob2007@yahoo.com

CASE NO: 16-20963 CiV- Gayles



FILED by DQ D.C.

JAN 05 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

12/2/2014

Dr. Mark Everett
Miami Dade College
School of Health Sciences
950 N.W. 20 Street
Miami, Florida 33127-4693

Dear Dr. Everett,

    Recently I was overjoyed to be interviewed for not one but two positions available to teach at the Medical Campus as a Full Time Faculty Member to teach Physician Assistant in your PA Program. Job Description position id 406300 which was posted on 10/21/2014.

    An over view of our conversation which took place on 12/1/2014, at 3:54 pm we spoke for 32 minutes and 56 seconds. During that time I explained to you my concerns about the discrimination that is taking place at Miami Dade College Medical Campus by Dayne Alonso PA-C and her staff, which is made up of exclusively of people of Cuban Origin. I asked you, where is the Diversity here at Miami Dade College? I had absolutely no chance of getting this position due to the Discrimination taking place by a certain group of people of Cuban Origin, that according to the Equal Employment Opportunity Commission (EEOC) are violating the Civil Rights Act of 1964 (Title VII). I was only interviewed because I am a Caucasian male and it was to cover up the discrimination. They had to interview me, but many others knew, that since the panel is made up exclusively of Latin or Cuban staff, I would not get the position so very needed to support my family. This was already preordained, they were going to give these two positions to their own people of the same Ethnic Origin, and this is discrimination and this is exactly what happened.

    I have worked for you and Miami Dade College for 4 years. I have been working as an Adjunct Professor teaching Microbiology, Anatomy and Physiology, Biology, Introduction to Health Care and Microbiology Labs and Anatomy and Physiology

Labs. Over the last 4 years I have been scheduled to teach 2 classes a semester, however at times I was very happy to teach more than two classes when given the opportunity. According to you, these 2 people of Cuban Origin did not work for Miami Dade College and were brought in by Dayne Alonso. Shouldn't I have been given some type of priority to gain a full time Faculty position, since I worked for Miami Dade College for the last four years? Yet, people of Cuban Origin can walk right into Miami Dade College and be placed in full time faculty positions because of their Ethnicity, this is discrimination. They should have been given my position as Adjunct Professor, and I should have been given this Full Time Faculty Position.

The first, second and third interview including my presentation were exceptional. My presentation on Pulmonary Hypertension was very thorough and exceptional for the 20 minutes which were allowed. Even Dr. Perez stated, that I was very qualified for this position and have outstanding credentials and experience. Although I seen my competition in the Hallways, I was the only candidate of my race. I cannot sit back and allow Miami Dade College to discriminate, like the practices that have taken place in Miami over the last 20 years; where there has been a mass exodus of Good Americans forced to leave there homes in which they lived their whole lives, because of the prejudice of the Cuban community, in which they hire their own people and discriminate against the very people that opened the doors to them and their parents to come to Miami for safe haven from Cuba.

According to the EEOC, I have been discriminated due to my Race, National Origin and my Age which is over 40 years old. Dr. Everett, At no time do I think you had anything to do with this discrimination, I absolutely believe this was done at the hands of Dayne Alonso and staff who are of Cuban Origin. They lied to you, or manipulated you to believe that the two chosen for the position were better qualified then myself, unfortunately they both just happened to be Cuban, what a coincidence. They pulled the wool over your eyes, but I am here to say you will never find a more enthusiastic and harder worker that cares about these students then myself. I went on to say, I even take my own time to help tutor students that fall behind in private sessions to pass Microbiology or Anatomy Courses, without no compensation, but do it for the students because I care.

    I am devastated that you would think that people that are of higher education, here at Miami Dade College would not commit such discrimination, but unfortunately or in reality this is happening on a daily basis here in Miami Florida. Out of my respect for you, I will wait and speak with you next week to discuss a solution and look forward to time that we can sit down and discuss this matter. It is crystal clear that Dayne Alonso should not have any authority and should be dismissed from her position for violating the Civil Rights Act of 1964.

    I have asked you for the resumes of the two that were hired, but you stated that you cannot send them. I only hope that you will keep these resumes in a safe place so they cannot be altered. I would like copies next Tuesday when you return. Again, Dr. Everett, I have much respect for you and I know you had absolutely nothing to do with this discrimination and is why I have not started any type of legal action. However, this is what happens when you do not have Diversity at Miami Dade College, which is very important in our society, for our society to survive instead of one ethnic group to be superior.

Thank You

Robert Sarhan, MD

Robert Sarhan, MD
22795 SW 212 Ave
Miami, Florida 33170
Tel.NO.305-338-6160
drrob2007@yahoo.com

12/10/2014

Dr. Mark Everett
Miami Dade College
School of Health Sciences
950 N.W. 20 Street
Miami, Florida 33127-4693

Dear Dr. Everett,

    You were supposed to call me on Tuesday as agreed. Since you did not return my phone call on Tuesday, I could only assume you are going to support your staff decision which has destroyed our family's Holiday Season and chances of saving our home due to foreclosure. I have worked hard for you for four years and feel that a promotion to full time faculty was only fair, instead of bringing people in from the outside with less qualifications and being of the same ethnic origin of your staff.
    I did request the information about the two people that were hired and was refused. I feel that I have no choice but to file an EEOC Complaint against Miami Dade College for Discrimination. Again I ask, where is the Diversity in your department, the panel who made these decisions were all of Hispanic Origin. I am so disappointed that this could happen in such a college where diversity is valued. I only hope that going through this process will correct the hiring process in the future for good hard working Americans that try to provide for their families as I try to provide for my family.

Sincerely,

Robert Sarhan, MD

Robert Sarton
22795 SW 21d Ave
Miami FL 33170

Royal P
THU 22

United States Dis
Southern District
400 North Miami A
Miami, FL 331

Clerk